```
            UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF FLORIDA
                 FORT MYERS DIVISION
```

IN RE: ZEROED-IN TECHNOLOGIES,
LLC DATA BREACH LITIGATION
                                Case No:  2:23-cv-1131-JES-KCD

_____

## ORDER

This matter comes before the Court on defendant Zeroed-In Technologies, LLC's Unopposed Motion to Transfer Venue to the District of Maryland and to Stay Pending Deadlines (Doc. #48) filed on February 9, 2024.  Counsel conferred with counsel for plaintiffs and defendant Dollar Tree and all parties have agreed to the transfer, without prejudice to any arbitration rights.

Transfer is sought pursuant to 28 U.S.C. § 1404(a), "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a).  The case could have been initiated in Maryland and 12 consolidated cases are pending in the District of Maryland.  Zeroed-In was founded in Maryland and continued to operate in Maryland from 2004 to 2018.  In 2017, Zeroed-In transferred its company to Florida but it does not maintain any physical presence in Florida.  One employee is domiciled in Florida.  The discovery of unauthorized activities as it relates to the alleged data breach occurred at the Zeroed-In offices in Maryland.  (Doc. #48-4.)

Only one plaintiff resides in the State of Florida, and outside of the Middle District of Florida, and the majority of witnesses and documents are in the District of Maryland.

The Court finds that the case could have been brought in the District of Maryland and the parties have all consented to jurisdiction in the District of Maryland.  The Court will grant the transfer for the convenience of the parties and witnesses.

Accordingly, it is hereby

**ORDERED:**

Defendant Zeroed-In Technologies, LLC's Unopposed Motion to Transfer Venue to the District of Maryland and to Stay Pending Deadlines (Doc. #48) is **GRANTED** and the consolidated cases (2:23-cv-1131-JES-KCD; 2:23-CV-1132-JES-KCD; 2:23-CV-1137-JES-KCD; 2:23-CV-1139-JES-KCD; 2:23-CV-1151-JES-KCD; 2:23-CV-1161-JES-KCD; 2:23-CV-1164-JES-KCD; 2:23-CV-1208-JES-KCD; 2:23-CV-1219-JES-KCD; 2:24-CV-13-JES-KCD) are transferred to the United States District Court for the District of Maryland.  The Clerk shall terminate all deadlines and close the Fort Myers case files.

**DONE and ORDERED** at Fort Myers, Florida, this ___14th___ day of February 2024.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record